

# THE THIRTEENTH COURT OF APPEALS

13-16-00423-CV

Joel Lawhorn
v.
Adam Hidinger, Individually, Jodi Hidinger, Individually, and Lori McCool, As
Independent Administrator of the Estate of Seth Darrell Hidinger

On Appeal from the
25th District Court of Gonzales County, Texas
Trial Cause No. 25,453

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be AFFIRMED by this Court conditioned on appellees filing the remittitur reducing their award of pecuniary damages to $0. The Court orders the judgment of the trial court AFFIRMED conditioned on appellees filing the remittitur reducing their award of pecuniary damages to $0. Costs of the appeal are adjudged against appellant, Joel Lawhorn.

We further order this decision certified below for observance.

March 21, 2019